IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER THIRTEEN |
| | : | |
| MARY ALICE MARGARET HANNON | : | BANKRUPTCY NO.: 5-06-bk-51870 |
| a/k/a MARY HANNON | : | |
| a/k/a MARYALICE HANNON, | : | |
| DEBTOR | : | |
| | : | |
| MARY ALICE MARGARET HANNON | : | {**Nature of Proceeding**: Debtor's Motion |
| a/k/a MARY HANNON | : | for Rule 9011 Sanctions (Doc. #41) and |
| a/k/a MARYALICE HANNON, | : | Debtor's Motion for Sanctions Under 11 |
| MOVANT | : | U.S.C. § 105 and the Court's Inherent |
| | : | Power (Doc. #58)} |
| vs. | : | |
| | : | |
| COUNTRYWIDE HOME LOANS, INC., | : | |
| RESPONDENT | : | |

# ORDER

For those reasons indicated in the Opinion filed this date, **IT IS HEREBY ORDERED** that the Debtor's Motion for Rule 9011 Sanctions (Doc. #41) is denied; and

The Debtor's Motion for Sanctions Under 11 U.S.C. § 105 and the Court's Inherent Power (Doc. #58) is held in abeyance; and

The Court *sua sponte* rules Countrywide to show cause why it should not be sanctioned under Federal Rule of Bankruptcy Procedure 9011(c)(1)(B) for failing to timely amend their Proof of Claim upon receipt of the sheriff's refund; for ignoring this responsibility intentionally as evidenced by the stipulated paragraph heretofore cited; and for making claim on funds based on what became a false Proof of Claim. A **HEARING** is scheduled on **THURSDAY**, **JANUARY 28, 2010**, at **9:30** o'clock A.M. in Bankruptcy Courtroom No. 2, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

Date: December 18, 2009

John J. Thomas, Bankruptcy Judge
(CMS)

*This document is electronically signed and filed on the same date.*