File No. 13893-0022
PARKER McCAY P.A.
**PA ATTORNEY ID NO. 205622**
Oren Klein, Esq.
Three Greentree Centre
7001 Lincoln Drive West
P.O. Box 974
Marlton, NJ 08053-0974
(856) 596-8900
Attorneys for Defendant,
Countrywide Home Loans Servicing L.P.

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| **MARY ALICE MARGARET HANNON** | : |
| **a/k/a MARY HANNON** | :**CHAPTER 13** |
| **a/k/a MARY ALICE HANNON** | :**CASE NO:** 5-06-bk-51870 |
| **Debtor(s)** | : |
| | : |
| | : |

_____

| | |
|---|---|
| MARY ALICE MARGARET HANNON | : |
| a/k/a MARY HANNON | : |
| a/k/a MARY ALICE HANNON | : |
| | : |
| Movant | : NOTICE OF APPEARANCE |
| v. | : |
| | : |
| COUNTRYWIDE HOME LOANS, INC. | : |
| | : |
| Respondent. | : |
| | : |

_____ :

PLEASE TAKE NOTICE that Christine A. Pinto, Esq. from the firm of Parker McCay P.A., hereby enters her appearance as attorney for Countrywide Home Loans Servicing L.P., Secured Creditor in the above proceeding, and pursuant to Bankruptcy Rule 2002 and 9010, requests that their name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

LAW OFFICE
**Parker McCay**

**CHRISTINE A. PINTO, ESQUIRE**
**PARKER McCAY**
**P.O. Box 974**
**Marlton, New Jersey 08053**
**(856) 596-8900**
**cpinto@parkermccay.com**

PLEASE TAKE FURTHER NOTICE that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

This appearance and request for notice is made without prejudice to Countrywide Home Loans Servicing L.P.'s rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit Countrywide Home Loans Servicing L.P.'s to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

Dated: December 18, 2009        PARKER McCAY

                                 /s/CHRISTINE A. PINTO
                                 CHRISTINE A. PINTO
                                 P.O. Box 974
                                 Marlton, New Jersey 08053
                                 (856) 596-8900