

ATTORNEYS AT LAW

**Parker McCay P.A.**
Three Greentree Centre
7001 Lincoln Drive West
P.O. Box 974
Marlton, NJ 08053-0974

P: 856-596-8900
F: 856-596-9631
www.parkermccay.com

December 18, 2009

File No. 13893-0022

*Via electronic mail and electronic filing*
The Honorable John J. Thomas
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

    Re:    <u>In re: Mary Alice Margaret Hannon</u>
            <u>Mary Alice Margaret Hannon v. Countywide Homoe Loans, Inc.</u>
            Case No. 06-bk-51870-JJT

Dear Judge Thomas:

    As Your Honor is aware, this firm represents Countrywide Home Loans Servicing L.P. ("Defendant") with regard to the above referenced matter. We are in receipt of this Court's order dated December 18, 2009, which requires Defendant to show cause why it should not be sanctioned under Federal Rules of Bankruptcy Procedure 9011(c)(1)(B) for failing to timely amend their Proof of Claim upon receipt of the sheriff's refund; for ignoring this responsibility intentionally as evidenced by the stipulated paragraph heretofore cited; and for making claim on funds based on what became a false Proof of Claim. Defendant hereby respectfully requests leave of Court for an opportunity to file supplemental papers with respect to this Court's ruling prior to the hearing scheduled for January 28, 2010.

    Thank you for your attention and courtesies in this matter.

                                               Very truly yours,

                                               CHRISTINE A. PINTO

cc:    Carlo Sabatini, Esquire, Attorney for Movant