
**ECKERT SEAMANS**

Eckert Seamans Cherin & Mellott, LLC
213 Market Street - 8th Floor
Harrisburg, PA 17101

TEL 717 237 6000
FAX 717 237 6019
www.eckertseamans.com

Dino A. Ross
717.237.7189
dross@eckertseamans.com

January 15, 2010

**VIA CM/ECF ONLY**

Hon. John J. Thomas
U.S. Bankruptcy Court for the
Middle District of Pennsylvania
U.S. Court House
197 S. Main St.
Wilkes-Barre, PA  18701

      Re:   In re Mary Alice Hannon
              5:06-bk-51870-JJT
              Hannon v. Countrywide
              Show Cause Order (Doc. 81)

Dear Judge Thomas

I write in response to the correspondence filed by Carlo Sabatini, Esq., filed yesterday as Document No. 86. As Mr. Sabatini correctly represents, I, along with my partner Dorothy Davis, Esq., of Eckert Seamans Cherin & Mellott, LLC, have entered our appearance in this case as counsel for Countrywide Home Loans, Inc., in substitution for Oren Klein, Esq. and Parker McCay, P.A. Additionally, Thomas A. Connop, Esq. and Bradley Knapp, Esq., of the Dallas, Texas office of Locke Lord Bissell & Liddell, LLP, have applied for *pro hac vice* admission in this proceeding to appear as co-counsel for Countrywide Home Loans, Inc.

We are investigating the issues the Court has directed Countrywide to address at the hearing presently scheduled for January 28, 2010. We will be filing a motion to continue the hearing for a period of approximately 45 days, to a date at the Court's convenience, to permit adequate preparation to comply with the Court's directive.

As to Mr. Sabatini's request for discovery, it is my understanding such discovery was abated by the Court pending resolution of issues relating to sanctions. While Mr. Sabatini expresses his belief the discovery he requests would be relevant to the issues to be addressed at the hearing, it is my understanding that the Order (Doc. # 81) is directed to the *Hannon* case alone. We appreciate Mr. Sabatini's determination not to pursue a motion to compel discovery at this time,

HARRISBURG, PA   BOSTON, MA   CHARLESTON, WV   PHILADELPHIA, PA   PITTSBURGH, PA
SOUTHPOINTE, PA   WASHINGTON, DC   WEST CHESTER, PA   WHITE PLAINS, NY   WILMINGTON, DE
{L0397665.1}

Case 5:06-bk-51870-JJT   Doc 89   Filed 01/15/10   Entered 01/15/10 11:20:43   Desc
Main Document   Page 1 of 2

and we will reserve comment on the specific contentions raised by Mr. Sabatini until such a motion may be filed, or as may be requested by the Court.

Thank you for your consideration.

Sincerely,

Dino A. Ross

DAR:dsc

cc: Carlo Sabatini, Esq. (CM/ECF only)

HARRISBURG, PA    BOSTON, MA    CHARLESTON, WV    PHILADELPHIA, PA    PITTSBURGH, PA
SOUTHPOINTE, PA    WASHINGTON, DC    WEST CHESTER, PA    WHITE PLAINS, NY    WILMINGTON, DE

Case 5:06-bk-51870-JJT    Doc 89    Filed 01/15/10    Entered 01/15/10 11:20:43    Desc
Main Document    Page 2 of 2