UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | } | Chapter 13 |
| MARY ALICE MARGARET HANNON, | } | BANKRUPTCY No. 5-06-bk-51870 |
| Debtor | } | |
| MARY ALICE MARGARET HANNON, | } | {Nature of Proceeding: Order dated December 18, 2009 (Doc. #81)} |
| Movant, | } | |
| v. | } | |
| COUNTRYWIDE HOME LOANS, INC., | } | |
| Respondent. | } | |

**ORDER GRANTING MOTION TO CONTINUE HEARING ON SHOW CAUSE ORDER**

The Court, having considered Countrywide Home Loans, Inc.'s Motion to Continue Show Cause Hearing, and Debtor's Objection filed thereto,

IT IS HEREBY ORDERED, the hearing presently scheduled for January 28, 2010, at 9:30 a.m., to consider the matters set forth in the Court's Order dated December 18, 2009 (Doc. #81), is hereby continued to Thursday, February 25, 2010, at 9:30 a.m. in Bankruptcy Courtroom No. 2, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

Dated: January 20, 2010

By the Court,

_____
John J. Thomas, Bankruptcy Judge

*This document is electronically signed and filed on the same date.*