

Eckert Seamans Cherin & Mellott, LLC      TEL 717 237 6000
213 Market Street - 8th Floor             FAX 717 237 6019
Harrisburg, PA 17101                      www.eckertseamans.com

Dino A. Ross
717.237.7189
dross@eckertseamans.com

March 10, 2010

**<u>VIA ELECTRONIC FILING</u>**

Hon. John J. Thomas
U.S. Bankruptcy Court for the
Middle District of Pennsylvania
U.S. Court House
197 S. Main St.
Wilkes-Barre, PA  18701

      Re:    Mary Alice Margaret Hannon
              <u>5:06-bk-51870</u>

Dear Judge Thomas:

At the conclusion of the hearing held on February 25, 2010 in the above-referenced case, the Court directed the parties to confer and advise the Court as to a mutually acceptable date for the next hearing in this case.  I, as counsel for Countrywide Home Loans, Inc., have conferred with Carlo Sabatini, counsel for the Debtor, and we have agreed that July 15, 2010 is an acceptable date to both parties for the next hearing in this case.

Sincerely,

Dino A. Ross

DAR:dsc

HARRISBURG, PA   BOSTON, MA   CHARLESTON, WV   PHILADELPHIA, PA   PITTSBURGH, PA
SOUTHPOINTE, PA   WASHINGTON, DC   WEST CHESTER, PA   WHITE PLAINS, NY   WILMINGTON, DE
{L0402989.1}